**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSEPH E. DE RITIS,                              : No. 594 MAL 2014
                                                 :
                    Petitioner                   :
                                                 : Petition for Allowance of Appeal from the
                                                 : Order of the Commonwealth Court
            v.                                   :
                                                 :
                                                 :
                                                 :
UNEMPLOYMENT COMPENSATION                        :
BOARD OF REVIEW,                                 :
                                                 :
                    Respondent                   :
                                                 :
DELAWARE COUNTY PUBLIC                           :
DEFENDER'S OFFICE,                               :
                                                 :
                    Intervenor

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.